**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| HELFERICH PATENT LICENSING, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:10-cv-04387 |
| | ) | |
| THE NEW YORK TIMES COMPANY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) OR,
FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e)**

Defendant The New York Times Company ("NYT"), respectfully moves this court to

dismiss the complaint of Plaintiff Helferich Patent Licensing, LLC ("HPL") pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure for failing to state a claim for which relief can

be granted, or alternatively, for an order requiring HPL to provide a more definitive statement

pursuant to Rule 12(e) and set forth a separate count for each ground of patent infringement for

which it has a Rule 11 basis.  The specific grounds for NYT's motion are fully explained in the

accompanying Brief.

Dated:  September 7, 2010

Respectfully submitted,

**THE NEW YORK TIMES CORPORATION**

/s/ Michael R. Weiner_____
Michael R. Weiner
Illinois Bar No. 06217025
mweiner@marshallip.com
Julianne M. Hartzell
Illinois Bar No. 06275093
jhartzell@marshallip.com

1

Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
312-474-6300

Brian M. Buroker *(Pro Hac Vice Pending))*
Daniel G. Vivarelli *(Pro Hac Vice to be filed)*
**HUNTON & WILLIAMS LLP**
1900 K Street, NW
Washington, DC   20006
(202) 955-1500
bburoker@hunton.com
dvivarelli@hunton.com

David A. Kelly *(Pro Hac Vice to be filed)*
**HUNTON & WILLIAMS LLP**
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, Georgia 30308
(404) 888-4280
dkelly@hunton.com

Kenneth Richieri, Esq. (Of Counsel)
The New York Times Company
620 Eighth Avenue, (17th floor)
New York, NY 10018
212-556-1995
richierk@nytimes.com

*Counsel for Defendant*
*The New York Times Company*