**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Helferich Patent Licensing, LLC.

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:10–cv–04387
　　　　　　　　　　　　　　　　　　　Honorable John W. Darrah

New York Times Co.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 21, 2010:

     MINUTE entry before Honorable John W. Darrah: Defendant's motion to dismiss [23] is granted. Amended complaint to be filed by 10/12/10. Status hearing set for 10/19/10 at 9:30 a.m. for scheduling time to file responsive pleadings and consideration of a settlement conference before the Magistrate Judge. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.