M HN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, LLC, ) <br> an Illinois limited liability company, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> THE NEW YORK TIMES COMPANY, ) <br> a New York corporation, ) <br> Defendant. ) | No. 1:10-cv-04387 <br> Hon. John Darrah <br> Magistrate Hon. Jeffrey Gilbert |

## ORDER RELATING TO PARTIES AGREED MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO MODIFY THE SCHEDULING ORDER

The parties, by and through their respective counsel, having submitted an agreed motion requesting the Court grant plaintiff leave to file its Second Amended Complaint, and to modify the current scheduling order to permit defendant New York Times Company ("NYT") until December 27, 2010 to submit its non-infringement, invalidity, and unenforceability contentions, and plaintiff Helferich Patent Licensing ("HPL") until January 24, 2011 to provide its response to defendant's non-infringement, invalidity, and unenforceability contentions,

IT IS HEREBY ORDERED, the parties agreed motion is granted; plaintiff is granted leave to file its Second Amended Complaint instanter (attached hereto as Ex. A), and the scheduling order is modified to permit defendant NYT until December 27, 2010 to submit its non-infringement, invalidity, and unenforceability contentions, and the

plaintiff HPL until January 24, 2011 to provide its response to defendant's non-infringement, invalidity, and unenforceability contentions.

Dated: November 30, 2010        By: /s/ John W. Darrah

                                Honorable John Darrah
                                United States District Court