UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Helferich Patent Licensing, LLC.

                Plaintiff,

v.                                                Case No.: 1:10–cv–04387
                                                Honorable John W. Darrah

New York Times Co.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 26, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held on 1/25/11. Plaintiff's Motion to Compel [51] is entered and continued. On or before 1/28/11, Defendant New York Times shall submit in camera the two common interest agreements it has entered into with non–parties and a list of the non–parties that have signed the common interest agreements together with the date(s) that those agreements were entered into and effective. On or before 1/28/11, Plaintiff Helferich Patent Licensing, LLC shall submit in camera a list of persons to whom it has sent infringement letters for the particular patents that are at issue in this case as discussed in open court, and provide the dates those letters were sent to the addressees. Helferich also shall submit in camera the names of the non–parties with whom it has entered into a license with respect to the patent technology that is at issue in this case and the dates of those license agreements. On or before 1/31/11, Defendant New York Times shall file a supplemental memorandum of law concerning (a) the legal impact upon a common interest group when a member of such a group enters into a license with the opposing party and/or becomes adverse in interest, in whole or in part, to the common interest group as discussed in open court, and (b) whether a court may, consistent with Rules 26(b)(5)(A)(ii) and 26(c), determine whether materials are protected by the work product privilege described in Rule 26(b)(3) based upon in camera submissions and without requiring production of such materials to opposing parties. On or before 1/31/11, Plaintiff Helferich shall file a supplemental memorandum of law addressing the issue framed in clause (b) in the immediately preceding sentence. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.