Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4387 | **DATE** | 3/8/2011 |
| **CASE TITLE** | Helferich Patent Licensing, LLC. v. New York Times Co. | | |

**DOCKET ENTRY TEXT**

In court hearing held regarding defendant's objections to the Magistrate's discovery order [62]. The Court has instructed the parties to file a motion for clarification before Magistrate Judge Gilbert.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|