Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4387 | **DATE** | 12/8/2011 |
| **CASE TITLE** | Helferich Patent Licensing, LLC. v. New York Times Co. | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Unopposed motion by Third Party Defendants G4 Media LLC, The Bon-Ton Stores, Inc., Bravo Media, LLC, CBS Corporation to reassign case is granted [81]. Enter Order. Status hearing set for 1/18/12 is re-set to 1/31/12 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|