

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) |
| Plaintiff, | ) Case No. 1:10-cv-04387 |
| v. | ) |
| | ) Hon. John W. Darrah |
| NEW YORK TIMES CO., | ) |
| Defendant | ) |

## ORDER GRANTING UNOPPOSED MOTION FOR REASSIGNMENT

The Court FINDS that Civil Case Nos. 1:11-cv-07395 (*Helferich Patent Licensing, LLC v. G4 Media, LLC*), Civil Case No. 1:11-cv-07189 (*Helferich Patent Licensing, LLC v. The Bon-Ton Stores, Inc.*), Civil Case No. 1:11-cv-07647 (*Helferich Patent Licensing, LLC v. Bravo Media, LLC*), and Civil Case No. 1:11-cv-07607 ("*Helferich Patent Licensing, LLC v. CBS Corp.*) are related to the above-captioned action under N.D. Illinois Civil Local Rule 40.4, and reassignment is appropriate. The Motion To Relate Cases of G4 Media LLC, The Bon-Ton Stores, Inc., Bravo Media, LLC, And CBS Corporation is therefore GRANTED.

Civil Case Nos. 1:11-cv-07395 (*Helferich Patent Licensing, LLC v. G4 Media, LLC*), Civil Case No. 1:11-cv-07189 (*Helferich Patent Licensing, LLC v. The Bon-Ton*

*Stores, Inc.*), Civil Case No. 1:11-cv-07647 (*Helferich Patent Licensing, LLC v. Bravo Media, LLC*), and Civil Case No. 1:11-cv-07607 ("*Helferich Patent Licensing, LLC v. CBS Corp.*") are hereby reassigned to the calendar of the undersigned.

DATED: 12-8, 2011      By _____
U.S. District Judge John W. Darrah