**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, Plaintiff, v. THE NEW YORK TIMES COMPANY, a New York Corporation, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:10-cv-04387 Hon. John W. Darrah |

**UNOPPOSED MOTION TO TRANSFER RELATED CASE**

Plaintiff Helferich Patent Licensing, LLC ("HPL") files this motion to transfer as a related case pursuant to Local Rule 40.4.

On September 30, 2011, HPL filed an action, *Helferich Patent Licensing, LLC v. Best Buy Co., Inc.*, No. 1:11-cv-06914 in the district court for the Northern District of Illinois, which was assigned to Judge Feinerman. A copy of the Complaint in the *Best Buy* action is attached hereto as Exhibit A. That action alleges infringement of the same patents at issue in this case: U.S. Patent Nos. 7,835,757, 7,499,716, and 7,280,838, relating to the provision of media and content to cell phones using messages (such as SMS text messages) that include special identifiers (such as a URL link). Because the same patents are at issue, and the patents are alleged to be infringed by substantially the same activities, the same issues of claim construction, invalidity and infringement will be addressed in both cases. A substantial saving of judicial time and effort will occur if such related cases are heard by the same judge.

HPL notes that on December 8, 2011, the Court entered an Order Granting Unopposed Motion for Reassignment, Dkt. 89, relating to this action four other suits involving the same patents:

- *Helferich Patent Licensing, LLC v. G4 Media, LLC,* No. 1:11-cv-07395;.

- *Helferich Patent Licensing, LLC v. The Bon-Ton Stores, Inc.*, No. 1:11-cv-07189;

- *Helferich Patent Licensing, LLC v. Bravo Media, LLC*, No. 1:11-cv-07647; and

- *Helferich Patent Licensing, LLC v. CBS Corp.*, No. 1:11-cv-07607.

HPL further notes that in its Statement of Non-Opposition to the Motion to Reassign Cases, Dkt. 85, it advised the Court that further actions had been and may yet be filed, and that motions to reassign such cases would be forthcoming.

  This motion is unopposed by both New York Times and Best Buy. The New York Times orally consented to this motion in exchange for HPL's agreement not to oppose the prior motion to reassign cases. The *Best Buy* action was filed within a short period of time of the above-listed reassigned cases, and no substantive matters have been considered in that action. Thus, transfer of the action should not result in any significant delay in proceedings.

  For these reasons, HPL respectfully moves that the latter filed action be transferred to Judge Darrah as related to this earlier-filed action.

**Date**: December 20, 2011

                VICTORIA GRUVER CURTIN, P.L.C.

                By:*/s/ Victoria Curtin*
                Victoria Curtin (NDIL ID #010897)
                Victoria Gruver Curtin, P.L.C.
                14555 N. Scottsdale Rd., Ste. 160
                Scottsdale, Arizona 85254
                Tel.: (480) 998-3547
                Fax: (480) 596-7956

                Steven G. Lisa (Ill. State Bar # 6187348)
                Jon E. Kappes (Ill. State Bar # 6291678)
                Mildred E. Park (Ill. State Bar # 6293523)
                Timothy Sperling (Ill. State Bar # 6283854)
                James D. Busch (Ill. State Bar # 6299217)
                Law Offices of Steven G. Lisa, Ltd.
                55 West Monroe Street, Suite 3210
                Chicago, Illinois 60603
                Tel. & Fax: (312) 752-4357

Gerald D. Hosier (Ill. State Bar #7059)
Law Offices of Gerald D. Hosier, Ltd.
PO Box 12354
Aspen, CO 81612
(970) 920-3475

Attorneys for Plaintiff/Counterdefendant