**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, L.L.C., | ) | |
| an Illinois Limited Liability Company, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-cv-04387 |
| | ) | |
| THE NEW YORK TIMES COMPANY, | ) | |
| a New York Corporation, | ) | Hon. John W. Darrah |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

<u>**AMENDED NOTICE OF MOTION**</u>

TO:   Victoria Curtin (NDIL ID #010897)
      Victoria Gruver Curtin, P.L.C.
      14555 N. Scottsdale Rd., Ste. 160
      Scottsdale, Arizona  85254
      Tel.:  (480) 998-3547
      Fax:  (480) 596-7956
      (Counsel for HELFERICH PATENT
      LICENSING, LLC)

PLEASE TAKE NOTICE that on Tuesday, January 17, 2012 at 9:30 a.m., we will

appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Room

1203 in the United States District Court for the Northern District of Illinois, 219 South

Dearborn Street, Chicago, Illinois, and then and there present **Unopposed Motion to**

**Transfer Related Case,** a copy of which was filed electronically and is available through

the Court's system.

RESPECTFULLY SUBMITTED this 3rd day of January, 2012.

VICTORIA GRUVER CURTIN, P.L.C.

By:   */s/ Victoria Curtin*
         Victoria Curtin
         Attorney for Plaintiff


Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Tel.:  (480) 998-3547
Fax:  (480) 596-7956

Steven G. Lisa (Ill. State Bar # 6187348)
Timothy Sperling (Ill. State Bar # 6283854)
Jon E. Kappes (Ill. State Bar # 6291678)
Mildred E. Park (Ill. State Bar # 6293523)
James D. Busch (Ill. State Bar # 6299217)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357