**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **THE NEW YORK TIMES COMPANY**, | Case No. 1:10-cv-04387 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **BEST BUY CO., INC.,** | Case No. 1:11-cv-06914 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **THE BON-TON STORES, INC.,** | Case No. 1:11-cv-07189 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **G4 MEDIA, LLC,** | Case No. 1:11-cv-07395 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **CBS CORPORATION,** | Case No. 1:11-cv-07607 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **BRAVO MEDIA, LLC** | Case No. 1:11-cv-07647 |

**EXHIBIT 2**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 95/001,867 | 01/06/2012 | Richard J. Helferich | Rcx3-7499716 | 8990 |

68468        7590        02/27/2012
JON E. KAPPES
LAW OFFICES OF STEVEN G. LISA, LTD.
C/O INTELLEVATE, LLC.
P.O. BOX 52050
MINNEAPOLIS, MN 55402

| EXAMINER |
|---|
| FERRIS III, FRED O |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/27/2012 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS
COVINGTON & BURLING, LLP
ATTN: PATENT DOCKETING
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401

Date:

MAILED

FEB 27

...RAL REEXAMINATION UNIT

### Transmittal of Communication to Third Party Requester
### Inter Partes Reexamination

REEXAMINATION CONTROL NO. : 95001867
PATENT NO. : 7499716
TECHNOLOGY CENTER : 3999
ART UNIT : 3992

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified Reexamination proceeding. 37 CFR 1.903.

Prior to the filing of a Notice of Appeal, each time the patent owner responds to this communication, the third party requester of the inter partes reexamination may once file written comments within a period of 30 days from the date of service of the patent owner's response. This 30-day time period is statutory (35 U.S.C. 314(b)(2)), and, as such, it cannot be extended. See also 37 CFR 1.947.

If an ex parte reexamination has been merged with the inter partes reexamination, no responsive submission by any ex parte third party requester is permitted.

All correspondence relating to this inter partes reexamination proceeding should be directed to the Central Reexamination Unit at the mail, FAX, or hand-carry addresses given at the end of the communication enclosed with this transmittal.

PTOL-2070(Rev.07-04)

| **INTER PARTES REEXAMINATION COMMUNICATION** | Control No. | Patent Under Reexamination |
|---|---|---|
| | 95/001,867 | HELFERICH ET AL. |
| | Examiner | Art Unit |
| | FRED FERRIS III | 3992 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address. --*

A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS ACTION IS SET TO EXPIRE
☒ 1 MONTH(S) ☐ THIRTY DAYS  FROM THE MAILING DATE OF THIS LETTER.
EXTENSIONS OF TIME FOR PATENT OWNER ARE GOVERNED BY 37 CFR 1.956.

Each time the patent owner responds to this Office action, the third party requester of the *inter partes* reexamination may once file written comments within a period of 30 days from the date of service of the patent owner's response. This 30-day time period is statutory (35 U.S.C. 314(b)(2)), and, as such, it <u>cannot</u> be extended. See also 37 CFR 1.947.

**All correspondence** relating to this *inter partes* reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| *OFFICE ACTION IN* **INTER PARTES** *REEXAMINATION* | Control No. 95/001,867 | Patent Under Reexamination HELFERICH ET AL. |
|---|---|---|
| | Examiner FRED FERRIS III | Art Unit 3992 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address. --*

Responsive to the communication(s) filed by:
Patent Owner on _____
Third Party(ies) on <u>16 January, 2012</u>

**RESPONSE TIMES ARE SET TO EXPIRE AS FOLLOWS:**

*For Patent Owner's Response*:
    2   MONTH(S) from the mailing date of this action. 37 CFR 1.945. EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.956.
*For Third Party Requester's Comments on the Patent Owner Response*:
    30 DAYS from the date of service of any patent owner's response. 37 CFR 1.947. NO EXTENSIONS OF TIME ARE PERMITTED. 35 U.S.C. 314(b)(2).

**All correspondence** relating to this inter partes reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

This action is not an Action Closing Prosecution under 37 CFR 1.949, nor is it a Right of Appeal Notice under 37 CFR 1.953.

**PART I. THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1.☐ Notice of References Cited by Examiner, PTO-892
2.☒ Information Disclosure Citation, PTO/SB/08
3.☐ _____

**PART II. SUMMARY OF ACTION:**

1a.☒ Claims <u>15-18,21-33,37-43,83-86,89-100 and 103-115</u> are subject to reexamination.
1b.☐ Claims _____ are not subject to reexamination.
2. ☐ Claims _____ have been canceled.
3. ☐ Claims _____ are confirmed. [Unamended patent claims]
4. ☐ Claims _____ are patentable. [Amended or new claims]
5. ☒ Claims <u>15-18,21-33,37-43,83-86,89-100 and 103-115</u> are rejected.
6. ☐ Claims _____ are objected to.
7. ☐ The drawings filed on _____ ☐ are acceptable. ☐ are not acceptable.
8. ☐ The drawing correction request filed on _____ is: ☐ approved. ☐ disapproved.
9. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119 (a)-(d). The certified copy has:
    ☐ been received. ☐ not been received. ☐ been filed in Application/Control No <u>95001867</u>.
10.☐ Other _____

Application/Control Number: 95/001,867                                    Page 2

Art Unit: 3992

## INTER PARTES REEXAMINATION OFFICE ACTION

This is an *inter partes* reexamination of U.S. Patent No. 7,499,716 ('716 patent). Clams 15-18,

21-33, 37-43, 83-86, 89-100 and 103-115 are subject to reexamination. The references discussed

herein are as follows:

- U.S. Patent No. 5,809,415 to Rossmann ("the '415 patent" or "Rossmann")
- The Nomadic Access to Information Services By A GSM Phone article (M. Kylanpaa et al.) ("the NAIS article" or "NAIS")
- U.S. Patent No. 6,333,973 to Smith ("the '973 patent" or "Smith")
- U.S. Patent No. 5,406,616 to Bjorndahl ("the '616 patent")
- U.S. Patent No. 5,487,100 to Kane ("the ' 100 patent")
- The Enabling Mobile Network Managers article (James Reilly, et al., Sixth International World Wide Web Conference)
- Japanese Unexamined Patent Application Publication H8-181781 ("the Furuta publication" or "Furuta" or JP H8-181781)

*Statutory Bases for Rejections*

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

*Claim Rejections*

**A. Claims 15, 17, 18, 21, 24-27, 83, 92-94, 110, 112 and 113 are rejected under 35 U.S.C.**

**103(a) as being unpatentable over the '415 Patent (Rossmann) in view of *Enabling Mobile***

***Network Managers Article.***

Application/Control Number: 95/001,867                                              Page 3
Art Unit: 3992

The prior art renders obvious each limitation of claims 15, 17, 18, 21, 24-27, 83, 92-94, 110, 112

and 113 as detailed in the proposed rejection on pages 103-201 section IX (A) of the request

which IS adopted and hereby incorporated into this Office Action by reference.


**B. Claims 16, 84, and 111 are rejected under 35 U.S.C. 103(a) as being unpatentable over**

**the '415 Patent (Rossmann) in view of the *Enabling Mobile Network Managers Article* and**

**in further view of the '973 Patent (Smith).**

The prior art renders obvious each limitation of claims 16, 84, and 111 as detailed in the

proposed rejection on pages 201-227 section IX (B) of the request which IS adopted and hereby

incorporated into this Office Action by reference.


**C. Claims 22, 23, 90, 91, 114 and 115 are rejected under 35 U.S.C. 103(a) as being**

**unpatentable over the '415 Patent (Rossmann) in view of the *Enabling Mobile Network***

***Managers Article* and in further view of the '100 Patent (Kane).**

The prior art renders obvious each limitation of claims 22, 23, 90, 91, 114 and 115 as detailed in

the proposed rejection on pages 227-259 section IX (C) of the request which IS adopted and

hereby incorporated into this Office Action by reference.


**D. Claims 22, 23, 90, 91, 114 and 115 are rejected under 35 U.S.C. 103(a) as being**

**unpatentable over the '415 Patent (Rossmann) in view of the *Enabling Mobile Network***

***Managers Article* and in further view of JP H8-181781 (Furuta).**

Application/Control Number: 95/001,867                                                    Page 4

Art Unit: 3992

The prior art renders obvious each limitation of claims 22, 23, 90, 91, 114 and 115 as detailed in

the proposed rejection on pages 259-293 section IX (D) of the request which IS adopted and

hereby incorporated into this Office Action by reference.

**E. Claims 28-30, 32, 33, 37, 40-42, 85, 86, 89, 95-97, 99, 100, 103, 104, 107, and 108 are**

**rejected under 35 U.S.C. 103(a) as being unpatentable over the '415 Patent (Rossmann) in**

**view of the *Enabling Mobile Network Managers Article* and in further view of the '616**

**Patent (Bjomdahl).**

The prior art renders obvious each limitation of claims 28-30, 32, 33, 37, 40-42, 85, 86, 89, 95-

97, 99, 100, 103, 104, 107, and 108 as detailed in the proposed rejection on pages 293-379

section IX (E) of the request which IS adopted and hereby incorporated into this Office Action

by reference.

**F. Claims 31, 43, 98, and 109 are rejected under 35 U.S.C. 103(a) as being unpatentable**

**over the '415 Patent (Rossmann) in view of the *Enabling Mobile Network Managers Article***

**and in further view of the '973 Patent (Smith) and the '616 Patent (Bjorndahl).**

The prior art renders obvious each limitation of claims 31, 43, 98, and 109 as detailed in the

proposed rejection on pages 379-431 section IX (F) of the request which IS adopted and hereby

incorporated into this Office Action by reference.

Application/Control Number: 95/001,867                                     Page 5
Art Unit: 3992

**G. Claims 38, 39, 105 and 106 are rejected under 35 U.S.C. 103(a) as being unpatentable over the '415 Patent (Rossmann) in view of the *Enabling Mobile Network Managers Article* and in further view of the '100 Patent (Kane) and the '616 Patent (Bjomdahl).**

The prior art renders obvious each limitation of claims 38, 39, 105 and 106 as detailed in the proposed rejection on pages 431-462 section IX (G) of the request which IS adopted and hereby incorporated into this Office Action by reference.

**H. Claims 38, 39, 105 and 106 are rejected under 35 U.S.C. 103(a) as being unpatentable over the '415 Patent (Rossmann) in view of the *Enabling Mobile Network Managers Article* and in further view of JP H8-181781 (Furuta) and the '616 Patent (Bjomdahl).**

The prior art renders obvious each limitation of claims 38, 39, 105 and 106 as detailed on pages 462-494 section IX (H) of the request which is hereby incorporated into this Office Action by reference.

**I. Claims 15, 17, 18, 21, 25-27, 83, 85, 86, 89, 92-94, 110 and 112-115 are rejected under 35 U.S.C. 103(a) as being unpatentable over the NAIS Article in view the '100 Patent (Kane).**

The prior art renders obvious each limitation of claims 15, 17, 18, 21, 25-27, 83, 85, 86, 89, 92-94, 110 and 112-115 as detailed in the proposed rejection on pages 494-548 section IX (I) of the request which IS adopted and hereby incorporated into this Office Action by reference.

**J. Claims 114 and 115 are rejected under 35 U.S.C. 103(a) as being unpatentable over the NAIS Article in view the '100 Patent (Kane) and in further view of JP HS- 181781 (Furuta)**

Application/Control Number: 95/001,867                                      Page 6
Art Unit: 3992

The prior art renders obvious each limitation of claims 114 and 115 as detailed in the proposed rejection on pages 548-553 section IX (J) of the request which IS adopted and hereby incorporated into this Office Action by reference.


**K. Claims 16, 84 and 111 are rejected under 35 U.S.C. 103(a) as being unpatentable over the NAIS Article in view the '100 Patent (Kane) and in further the '973 Patent (Smith).**

The prior art renders obvious each limitation of claims 16, 84 and 111 as detailed in the proposed rejection on pages 553-570 section IX (K) of the request which IS adopted and hereby incorporated into this Office Action by reference.


**L. Claims 22-24, 90 and 91 are rejected under 35 U.S.C. 103(a) as being unpatentable over the NAIS Article in view of *Enabling Mobile Network Managers Article* and in further view of the '100 patent (Kane).**

The prior art renders obvious each limitation of claims 22-24, 90 and 91 as detailed in the proposed rejection on pages 570-590 section IX (L) of the request which IS adopted and hereby incorporated into this Office Action by reference.


**M. Claims 22, 23, 90 and 91 are rejected under 35 U.S.C. 103(a) as being unpatentable over the NAIS Article in view of *Enabling Mobile Network Managers Article* and in further view of the '100 patent (Kane) and JP H8-181781 (Furuta).**

Application/Control Number: 95/001,867                                     Page 7

Art Unit: 3992

The prior art renders obvious each limitation of claims 22, 23, 90 and 91 as detailed in the

proposed rejection on pages 590-611 section IX (M) of the request which IS adopted and hereby

incorporated into this Office Action by reference.


**N. Claims 28-30, 32, 33, 38, 41, 42, 95, 96, 97, 99, 100 and 103-108 are rejected under 35**

**U.S.C. 103(a) as being unpatentable over the NAIS Article in view of the '100 patent (Kane)**

**and in further view of the '616 Patent (Bjorndahl).**

The prior art renders obvious each limitation of claims 28-30, 32, 33, 38, 41, 42, 95, 96, 97, 99,

100 and 103-108 as detailed in the proposed rejection on pages 611-680 section IX (N) of the

request which IS adopted and hereby incorporated into this Office Action by reference.


**O. Claims 38, 39, 105 and 106 are rejected under 35 U.S.C. 103(a) as being unpatentable**

**over the NAIS Article in view of the '100 patent (Kane) and in further view of JP HS-**

**181781 (Furuta) and the '616 Patent (Bjorndahl).**

The prior art renders obvious each limitation of claims 38, 39, 105 and 106  as detailed in the

proposed rejection on pages 680-704 section IX (O) of the request which IS adopted and hereby

incorporated into this Office Action by reference.


**P. Claims 37, 39 and 40 are rejected under 35 U.S.C. 103(a) as being unpatentable over the**

**NAIS Article in view of the '100 patent (Kane) and in further view the '616 Patent**

**(Bjorndahl) and the *Enabling Mobile Network Managers Article.***

Application/Control Number: 95/001,867                                    Page 8
Art Unit: 3992

The prior art renders obvious each limitation of claims 37, 39 and 40 as detailed in the proposed

rejection on pages 704-707 section IX (P) of the request which IS adopted and hereby

incorporated into this Office Action by reference.

**Q. Claims 31, 43, 98 and 109 are rejected under 35 U.S.C. 103(a) as being unpatentable**

**over the NAIS Article in view of the '100 patent (Kane) and in further view the '616 Patent**

**(Bjorndahl) and the '973 Patent (Smith).**

The prior art renders obvious each limitation of claims 31, 43, 98 and 109 as detailed in the

proposed rejection on pages 707-740 section IX (Q) of the request which IS adopted and hereby

incorporated into this Office Action by reference.

**R. Claims 15-18, 21-27, 83-86, 89-94, and 110-115 are rejected under 35 U.S.C. 103(a) as**

**being unpatentable over the '973 Patent (Smith) in view of the '100 Patent (Kane).**

The prior art renders obvious each limitation of claims 15-18, 21-27, 83-86, 89-94, and 110-115

as detailed in the proposed rejection on pages 740-911 section IX (R) of the request which IS

adopted and hereby incorporated into this Office Action by reference.

**S. Claims 22, 23, 90, 91, 114 and 115 are rejected under 35 U.S.C. 103(a) as being**

**unpatentable over the '973 Patent (Smith) in view of the '100 Patent (Kane) and in further**

**view of JP HS-181781 (Furuta).**

Application/Control Number: 95/001,867                                    Page 9

Art Unit: 3992

The prior art renders obvious each limitation of claims 22, 23, 90, 91, 114 and 115 as detailed in

the proposed rejection on pages 911-955 section IX (S) of the request which IS adopted and

hereby incorporated into this Office Action by reference.

**T. Claims 28-33, 37-43, 95-100, and 103-109 are rejected under 35 U.S.C. 103(a) as being**

**unpatentable over the '973 Patent (Smith) in view of the '100 Patent (Kane) and in further**

**view of the '616 Patent (Bjorndahl).**

The prior art renders obvious each limitation of 28-33, 37-43, 95-100, and 103-109 as detailed in

the proposed rejection on pages 955-1125 section IX (T) of the request which IS adopted and

hereby incorporated into this Office Action by reference.

**U. Claims 38, 39, 105 and 106 are rejected under 35 U.S.C. 103(a) as being unpatentable**

**over the '973 Patent (Smith) in view of the '100 Patent (Kane) and in further view of JP H8-**

**181781 (Furuta) and the '616 Patent (Bjorndahl).**

The prior art renders obvious each limitation of 38, 39, 105 and 106 as detailed in the proposed

rejection on pages 1125-1163 section IX (U) of the request which IS adopted and hereby

incorporated into this Office Action by reference.

*IDS Submissions*

Regarding IDS submissions MPEP 2256 recites the following: "Where patents, publications, and

other such items of information are submitted by a party (patent owner or requester) in

compliance with the requirements of the rules, the requisite degree of consideration to be given

Application/Control Number: 95/001,867                                    Page 10
Art Unit: 3992

to such information will be **normally limited by the degree to which the party filing the**

**information citation has explained the content and relevance of the information**."

(emphasis added)

Accordingly, the IDS submissions have been considered by the Examiner only to the extent that

their relevance to the instant proceeding has been explained by the filing party and within the

scope required by MPEP 2256.


### Extensions of Time

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding. Additionally, 35 U.S.C. 314(c) requires that *interpartes*

reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.937). Patent

owner extensions of time in *interpartes* reexamination proceedings are provided for in 37 CFR

1.1956. Extensions of time are not available for third party requester comments, because a

comment period of 30 days from service of patent owner's response is set by statute. 35 U.S.C.

314(b)(3).


### Notification of Concurrent Proceedings

The patent owner is reminded of the continuing responsibility under 37 CFR 1.985(a) to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving the

Application/Control Number: 95/001,867                                    Page 11
Art Unit: 3992

patent undergoing reexamination or any related patent throughout the course of this

reexamination proceeding. The third party requester is also reminded of the ability to similarly

apprise the Office of any such activity or proceeding throughout the course of this reexamination

proceeding. See MPEP §§ 2686 and 2686.04.


*Conclusion*

Any paper filed with the USPTO, i.e., any submission made, by either the Patent Owner or the

Third Party Requester must be served on every other party in the reexamination proceeding,

including any other third party requester that is part of the proceeding due to merger of the

reexamination proceedings. As proof of service, the party submitting the paper to the Office must

attach a Certificate of Service to the paper which sets forth the name and address of the party

served and the method of service. Papers filed without the required Certificate of Service may be

denied consideration. 37 CFR 1.903; MPEP 2666.06.

All correspondence relating to this inter partes reexamination proceeding should be directed as

follows:

By U.S. Postal Service Mail to:
Mail Stop Inter Partes Reexam ATTN: Central Reexamination Unit Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

By FAX to:
(571) 273-9900
Central Reexamination Unit

By hand:
Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314

Application/Control Number: 95/001,867                    Page 12
Art Unit: 3992


Any inquiry concerning this communication should be directed to the Central

Reexamination Unit at telephone number (571) 272-7705.

Fred Ferris                                    Conferees:
Patent Reexamination Specialist
Central Reexamination Unit 3992

                                    Alexander Kosowski
                                    *Supervisor*
                                    *Art Unit 3992*