**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **THE NEW YORK TIMES COMPANY**, | Case No. 1:10-cv-04387 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **BEST BUY CO., INC.,** | Case No. 1:11-cv-06914 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **THE BON-TON STORES, INC.,** | Case No. 1:11-cv-07189 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **G4 MEDIA, LLC,** | Case No. 1:11-cv-07395 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **CBS CORPORATION,** | Case No. 1:11-cv-07607 |
| **HELFERICH PATENT LICENSING, LLC,** <br><br> **v.** <br><br> **BRAVO MEDIA, LLC** | Case No. 1:11-cv-07647 |

**<u>EXHIBIT 4</u>**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 95/001,864 | 12/29/2011 | 7,155,241 | Rex3-7155241 | 5478 |

68468          7590          03/12/2012
JON E. KAPPES
LAW OFFICES OF STEVEN G. LISA, LTD.
C/O INTELLEVATE, LLC.
P.O. BOX 52050
MINNEAPOLIS, MN 55402

| EXAMINER |
|---|
| LAROSE, COLIN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/12/2012 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS
COVINGTON & BURLING, LLP
ATTN: PATENT DOCKETING
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401

Date:
**MAILED**
MAR 1 2 2012
**CENTRAL REEXAMINATION UNIT**

**Transmittal of Communication to Third Party Requester
Inter Partes Reexamination**

REEXAMINATION CONTROL NO. : 95001864
PATENT NO. : 7155241
TECHNOLOGY CENTER : 3999
ART UNIT : 3992

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified Reexamination proceeding. 37 CFR 1.903.

Prior to the filing of a Notice of Appeal, each time the patent owner responds to this communication, the third party requester of the inter partes reexamination may once file written comments within a period of 30 days from the date of service of the patent owner's response. This 30-day time period is statutory (35 U.S.C. 314(b)(2)), and, as such, it cannot be extended. See also 37 CFR 1.947.

If an ex parte reexamination has been merged with the inter partes reexamination, no responsive submission by any ex parte third party requester is permitted.

All correspondence relating to this inter partes reexamination proceeding should be directed to the Central Reexamination Unit at the mail, FAX, or hand-carry addresses given at the end of the communication enclosed with this transmittal.

PTOL-2070(Rev.07-04)

| OFFICE ACTION IN INTER PARTES REEXAMINATION | Control No. | Patent Under Reexamination |
|---|---|---|
| | 95/001,864 | 7,155,241 |
| | Examiner | Art Unit |
| | COLIN LAROSE | 3992 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address. --*

Responsive to the communication(s) filed by:
Patent Owner on _____
Third Party(ies) on <u>29 December, 2011</u>

**RESPONSE TIMES ARE SET TO EXPIRE AS FOLLOWS:**

*For Patent Owner's Response:*
<u>2</u> MONTH(S) from the mailing date of this action. 37 CFR 1.945. EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.956.

*For Third Party Requester's Comments on the Patent Owner Response:*
30 DAYS from the date of service of any patent owner's response. 37 CFR 1.947. NO EXTENSIONS OF TIME ARE PERMITTED. 35 U.S.C. 314(b)(2).

**All correspondence** relating to this inter partes reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

This action is not an Action Closing Prosecution under 37 CFR 1.949, nor is it a Right of Appeal Notice under 37 CFR 1.953.

**PART I. THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892
2. ☐ Information Disclosure Citation, PTO/SB/08
3. ☐ _____

**PART II. SUMMARY OF ACTION:**

1a. ☒ Claims <u>See Continuation Sheet</u> are subject to reexamination.
1b. ☒ Claims <u>See Continuation Sheet</u> are not subject to reexamination.
2. ☐ Claims _____ have been canceled.
3. ☐ Claims _____ are confirmed. [Unamended patent claims]
4. ☐ Claims _____ are patentable. [Amended or new claims]
5. ☒ Claims <u>See Continuation Sheet</u> are rejected.
6. ☐ Claims _____ are objected to.
7. ☐ The drawings filed on _____ ☐ are acceptable ☐ are not acceptable.
8. ☐ The drawing correction request filed on _____ is: ☐ approved. ☐ disapproved.
9. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119 (a)-(d). The certified copy has:
   ☐ been received. ☐ not been received. ☐ been filed in Application/Control No _____.
10. ☐ Other _____

**Continuation Sheet (PTOL-2064)** **Control No. 95/001,864**

Continuation of SUMMARY OF ACTION: 1a. Claims subject to reexamination are 1,2,7,10,13,14,38-42,47,50,53,54,71,72,77,80,84 and 85.

Continuation of SUMMARY OF ACTION: 1b. Claims not subject to reexamination are 3-6,8,9,11,12,15-37,43-46,48,49,51,52,55-70,73-76,78,79,81-83 and 86-94.

Continuation of SUMMARY OF ACTION: 5. Claims rejected are 1,2,7,10,13,14,38-42,47,50,53,54,71,72,77,80,84 and 85.

Application/Control Number: 95/001,864                                Page 2
Art Unit: 3992

## REEXAMINATION OF U.S. PATENT 7,155,241

### *Documents Cited Herein*

1. U.S. Patent No. 6,333,973 to Smith ("the '973 patent" or "Smith")
2. The *Nomadic Access to Information Services By A GSM Phone* article (M. Kylänpää et al.) ("the NAIS article" or "NAIS")
3. U.S. Patent No. 5,878,351 to Alanara et al. ("the '351 patent" or "Alanara")
4. U.S. Patent No. 5,845,202 to Davis ("the '202 patent" or "Davis")
5. U.S. Patent No. 6,201,974 to Lietsalmi et al. ("the '974 patent" or "Lietsalmi")
6. U.S. Patent No. 5,487,100 to Kane ("the '100 patent" or "Kane")
7. U.S. Patent No. 5,349,678 to Morris et al. ("the '678 patent" or "Morris")

8. Third-party requester's request for *inter partes* reexamination dated 12/29/2011 ("Request")

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

(A)    Claims 1, 2, 7, 10, 13, 14, 38, and 39 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Alanara.

These grounds of rejection are **adopted** as set forth on pp. 83-107 of the Request, which portions of the Request are incorporated herein by reference.

Application/Control Number: 95/001,864 Page 3
Art Unit: 3992

(B) Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Alanara and Kane.

This ground of rejection is **adopted** as set forth on pp. 107-111 of the Request, which portions of the Request are incorporated herein by reference.

(C) Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Alanara and Morris.

This ground of rejection is **adopted** as set forth on pp. 111-116 of the Request, which portions of the Request are incorporated herein by reference.

(D) Claims 41, 42, 47, 50, 53, and 54 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Alanara.

These grounds of rejection are **adopted** as set forth on pp. 116-136 of the Request, which portions of the Request are incorporated herein by reference.

(E) Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Alanara and Kane.

These grounds of rejection are **adopted** as set forth on pp. 137-160 of the Request, which portions of the Request are incorporated herein by reference.

Application/Control Number: 95/001,864 Page 4
Art Unit: 3992

(F) Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Alanara and Morris.

These grounds of rejection are **adopted** as set forth on pp. 161-185 of the Request, which portions of the Request are incorporated herein by reference.

(G) Claims 1, 2, 7, 10, 13, 14, 38, and 39 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Davis.

These grounds of rejection are **adopted** as set forth on pp. 185-209 of the Request, which portions of the Request are incorporated herein by reference.

(H) Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Davis and Kane.

This ground of rejection is **adopted** as set forth on pp. 209-213 of the Request, which portions of the Request are incorporated herein by reference.

(I) Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Davis and Morris.

This ground of rejection is **adopted** as set forth on pp. 213-218 of the Request, which portions of the Request are incorporated herein by reference.

Application/Control Number: 95/001,864 Page 5
Art Unit: 3992

(J)     Claims 41, 42, 47, 50, 53, and 54 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Davis.

These grounds of rejection are **adopted** as set forth on pp. 218-239 of the Request, which portions of the Request are incorporated herein by reference.

(K)     Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Davis and Kane.

These grounds of rejection are **adopted** as set forth on pp. 239-262 of the Request, which portions of the Request are incorporated herein by reference.

(L)     Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over Smith in view of Davis and Morris.

These grounds of rejection are **adopted** as set forth on pp. 263-287 of the Request, which portions of the Request are incorporated herein by reference.

(M)     Claims 1, 2, 7, 10, 13, 14, 38, and 39 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Alanara.

These grounds of rejection are **adopted** as set forth on pp. 287-309 of the Request, which portions of the Request are incorporated herein by reference.

Application/Control Number: 95/001,864 Page 6
Art Unit: 3992

(N)    Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Alanara and Kane.

This ground of rejection is **adopted** as set forth on pp. 309-314 of the Request, which portions of the Request are incorporated herein by reference.

(O)    Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Alanara and Morris.

This ground of rejection is **adopted** as set forth on pp. 314-318 of the Request, which portions of the Request are incorporated herein by reference.

(P)    Claims 41, 42, 47, 50, 53, and 54 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Alanara.

These grounds of rejection are **adopted** as set forth on pp. 319-338 of the Request, which portions of the Request are incorporated herein by reference.

(Q)    Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Alanara and Kane.

These grounds of rejection are **adopted** as set forth on pp. 338-359 of the Request, which portions of the Request are incorporated herein by reference.

Application/Control Number: 95/001,864 Page 7
Art Unit: 3992

(R) Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Alanara and Morris.

These grounds of rejection are **adopted** as set forth on pp. 359-381 of the Request, which portions of the Request are incorporated herein by reference.

(S) Claims 1, 2, 7, 10, 13, 14, 38, and 39 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Lietsalmi.

These grounds of rejection are **adopted** as set forth on pp. 381-402 of the Request, which portions of the Request are incorporated herein by reference.

(T) Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Lietsalmi and Kane.

This ground of rejection is **adopted** as set forth on pp. 402-407 of the Request, which portions of the Request are incorporated herein by reference.

(U) Claim 40 is rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Lietsalmi and Morris.

This ground of rejection is **adopted** as set forth on pp. 407-411 of the Request, which portions of the Request are incorporated herein by reference.

Application/Control Number: 95/001,864 Page 8
Art Unit: 3992

(V) Claims 41, 42, 47, 50, 53, and 54 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Lietsalmi.

These grounds of rejection are **adopted** as set forth on pp. 412-429 of the Request, which portions of the Request are incorporated herein by reference.

(W) Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Lietsalmi and Kane.

These grounds of rejection are **adopted** as set forth on pp. 429-449 of the Request, which portions of the Request are incorporated herein by reference.

(X) Claims 71, 72, 77, 80, 84, and 85 are rejected under 35 U.S.C. 103(a) as being unpatentable over NAIS in view of Lietsalmi and Morris.

These grounds of rejection are **adopted** as set forth on pp. 449-469 of the Request, which portions of the Request are incorporated herein by reference.

*Conclusion*

Extensions of time under 37 CFR 1.136(a) will not be permitted in *inter partes* reexamination proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to the patent owner in a reexamination proceeding. Additionally, 35 U.S.C. 314(c)

Application/Control Number: 95/001,864 Page 9
Art Unit: 3992

requires that *inter partes* reexamination proceedings "will be conducted with special dispatch". (37 CFR 1.937). Patent owner extensions of time in *inter partes* reexamination proceedings are provided for in 37 CFR 1.956. Extensions of time are not available for third party requester comments, because a comment period of 30 days from service of patent owner's response is set by statute. 35 U.S.C. 314(b)(3). See MPEP § 2665.

**All** correspondence relating to this *inter partes* reexamination proceeding should be directed:

By Mail to:     Mail Stop *Inter Partes* Reexam
              Attn: Central Reexamination Unit
              Commissioner for Patents
              United States Patent & Trademark Office
              P.O. Box 1450
              Alexandria, VA 22313-1450

By FAX to:     (571) 273-9900
              Central Reexamination Unit

By hand:      Customer Service Window
              Randolph Building
              401 Dulany Street
              Alexandria, VA 22314

By EFS:       Registered users of EFS-Web may alternatively submit such correspondence via the electronic filing system EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered

EFS-Web offers the benefit of quick submission to the particular area of the Office that needs to act on the correspondence. Also, EFS-Web submissions are "soft scanned" (i.e., electronically uploaded) directly into the official file for the reexamination proceeding, which

Application/Control Number: 95/001,864 Page 10
Art Unit: 3992

offers parties the opportunity to review the content of their submissions after the "soft scanning" process is complete.

For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) state that correspondence (except for a request for reexamination and a corrected replacement request for reexamination) will be considered timely if (a) it is transmitted via the Office's electronic filing system in accordance with 37 CFR 1.6(a)(4), and (b) it includes a certificate of transmission for each piece of correspondence stating the date of transmission, which is prior to the expiration of the set period of time in the Office action.

Any inquiry concerning this communication should be directed to the Office of Patent Legal Administration at (571) 272-7701.

Conferees:

/Colin LaRose/ /FOF/
Primary Examiner
Art Unit 3992

Alexander Kosowski 
*Supervisor*
*Art Unit 3992*