**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) ) | |
| v. | ) ) | No. 1:10-cv-04387 |
| THE NEW YORK TIMES COMPANY, | ) ) | |

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC | ) ) ) | |
| v. | ) ) | No. 1:11-cv-06914 |
| BEST BUY CO., INC., | ) ) | |

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) ) ) | No. 1:11-cv-07395 |
| v. | ) ) ) | |
| G4 MEDIA, LLC. | ) | |

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) ) ) | No. 1:11-cv-07607 |
| v. | ) ) ) | |
| CBS CORPORATION, | ) | |

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) ) ) | No. 1:11-cv-07647 |
| v. | ) ) ) | |
| BRAVO MEDIA, LLC | ) | |

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) ) ) | No. 1:11-cv-9143 |
| v. | ) ) ) | |
| J.C. PENNEY CORPORATION, INC. | ) | |

**<u>NOTICE OF MOTION</u>**

TO: Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956
(Counsel for HELFERICH PATENT LICENSING, LLC)

PLEASE TAKE NOTICE that on Thursday, August 9, 2012 at 9:30 a.m., we will appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Room 1203 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Expedited Claim Construction, a copy of which was filed electronically and is available through the Court's system.

Plaintiff has conferred with Defendants regarding this motion, and is informed that Defendants will object thereto. Therefore an expeditious briefing schedule is requested.

RESPECTFULLY SUBMITTED this 20th day of July, 2012.

VICTORIA GRUVER CURTIN, P.L.C.

By:/s/ Victoria Curtin
Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Timothy Sperling (Ill. State Bar # 6283854)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Gerald D. Hosier (Ill. State Bar #7059)
Law Offices of Gerald D. Hosier, Ltd.
PO Box 12354
Aspen, CO 81612
(970) 920-3475

Attorneys for Plaintiff/Counterdefendant