# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Helferich Patent Licensing, LLC.

                                Plaintiff,

v.                                        Case No.: 1:10–cv–04387
                                                     Honorable John W. Darrah

Helferich Patent Licensing, LLC., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Motion hearing held on Plaintiff's Motion for Sanctions and to Compel Production [179]. The motion for sanctions is denied for the reasons stated on the record. The motion to compel is taken under advisement and the Court will rule via the CM/ECF system. Defendant's counsel shall deliver to chambers by 2/12/13 (i) the materials the Court requested for in camera review, (ii) Plaintiff's Request for Production No. 32 and Defendant's response and objection(s) thereto, and (iii) Plaintiff's Rule 30(b)(6) notice as relevant to the topics contained in Plaintiff's Request for Production No. 32 and Defendant's response thereto. Mailed notice(mr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.