**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, *Plaintiff,*<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, a New York Corporation, *Defendant.* | No. 1:10-cv-04387<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, *Plaintiff,*<br><br>v.<br><br>G4 MEDIA, LLC, a Delaware Limited Liability Company, *Defendant.* | No. 1:11-cv-07395<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, *Plaintiff,*<br><br>v.<br><br>CBS CORPORATION, a Delaware Corporation, *Defendant.* | No. 1:11-cv-07607<br><br>Hon. John W. Darrah |

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, *Plaintiff,* <br><br> v. <br><br> BRAVO MEDIA, LLC, a New York Limited Liability Company, *Defendant.* | No. 1:11-cv-07647 <br><br> Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company, *Plaintiff,* <br><br> v. <br><br> J.C. PENNEY CORPORATION, INC., a Delaware Corporation, *Defendant.* | No. 1:11-cv-09143 <br><br> Hon. John W. Darrah |

## **DEFENDANTS' JOINT STATEMENT OF UNDISPUTED FACTS MATERIAL TO THEIR JOINT MOTION FOR SUMMARY JUDGMENT OF PATENT EXHAUSTION FILED UNDER SEAL**

Pursuant to Local Rule 56.1, the defendants in the above-captioned matters submit herewith their statement of material undisputed facts in support of their joint motion for summary judgment of patent exhaustion.

## I.    PARTIES, JURISDICTION AND VENUE

**UNDISPUTED FACTS**

1. Plaintiff Helferich Patent Licensing, LLC ("HPL") is a limited liability company and organized and existing under the laws of the state of Illinois, with its principal office and place of business in Chicago, Illinois.  HPL is engaged in the business of obtaining royalties from its patent portfolio.  NYT Third Amended Complaint ¶ 2; G4 Amended Complaint ¶ 2; CBS Amended Complaint ¶ 2; Bravo Amended Complaint ¶ 2; J.C. Penney Second Amended Complaint ¶ 4.

2. Defendant/counterclaimant The New York Times Company is a New York corporation with its principal place of business in New York, New York.  NYT Third Amended Complaint ¶ 3; NYT Counterclaim ¶ 1.

3. Defendant/counterclaimant G4 Media, LLC is a Delaware limited liability company with its principal place of business in Los Angeles, California.  G4 Amended Complaint ¶ 3.

4. Defendant/counterclaimant CBS Corporation is a Delaware corporation with its principal place of business in New York, New York.  CBS Amended Complaint ¶ 3.

5. Defendant/counterclaimant Bravo Media, LLC is a New York limited liability company with its principal place of business in New York, New York.  Bravo Amended Complaint ¶ 3; Bravo Counterclaim ¶ 1.

6.  Defendant/counterclaimant J.C. Penney Corporation, Inc., is a Delaware corporation with its principal place of business in Plano, Texas. J.C. Penney Second Amended Complaint ¶ 17; J.C. Penney Counterclaim ¶ 1.

7.  HPL is the exclusive licensee of the patents-in-suit. NYT Third Amended Complaint ¶¶ 2, 6-11; G4 Amended Complaint ¶¶ 6-11; CBS Amended Complaint ¶¶ 5-11; Bravo Amended Complaint ¶¶ 5-11; J.C. Penney Second Amended Complaint ¶¶ 4-10.

8.  In this action, HPL asserts a claim for patent infringement under Title 35 of the United States Code and the defendants seek declaratory relief under the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.* Thus, the court has subject matter jurisdiction of the claims presented pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2202. NYT Third Amended Complaint ¶ 1; NYT Counterclaim ¶¶ 11, 16; G4 Amended Complaint ¶ 1; G4 Counterclaim 3; CBS Amended Complaint ¶ 1; CBS Counterclaim ¶ 1; Bravo Amended Complaint ¶ 1; Bravo Counterclaim ¶ 3; J.C. Penney Second Amended Complaint ¶ 1; J.C. Penney Counterclaim ¶ 3.

9.  The allegations of patent infringement and declaratory and injunctive relief asserted in connection therewith arise under the patent laws of the United States, namely 35 U.S.C. § 101 *et seq.* Thus, venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(b). NYT Third Amended Complaint ¶ 5; NYT Counterclaim ¶ 5; G4 Amended Complaint ¶ 5; G4 Counterclaim ¶ 4; CBS Amended Complaint ¶ 4; CBS Counterclaim ¶ 4; Bravo Amended Complaint ¶ 4; Bravo Counterclaim ¶ 4; J.C. Penney Second Amended Complaint ¶ 3; J.C. Penney Counterclaim ¶ 4.

## II.   FACTS RELEVANT TO MOTION FOR SUMMARY JUDGMENT

## UNDISPUTED FACTS

10. HPL has entered into licenses to patents that include, at a minimum, each of the patents-in-suit, with at least the following entities:  Apple, Samsung, Research in Motion, LG Electronics, Nokia, Microsoft, Motorola, HTC, Amazon.com, Sony, Kyocera, Hewlett-Packard/Palm, Panasonic, Sanyo, Dell, Toshiba, Acer, Sharp, Casio, i-mate, Wistron, Psion, Asustek, Huawei Technologies, NEC, ZTE, Pantech, and UTStarcom.  Exhs. A-BB; NYT Dkt. No. 164, Exh. C at 3-4, 12.

11. In HPL's Request for Reconsideration After Non-Final Office Action Pursuant to 37 C.F.R. §§ 1.111 & 1.945 in Serial No. 95/001,864, dated December 29, 2011, HPL stated that it has licensed every patent-in-suit to "the *entire* cellular handset industry" in this country.  Exh. CC, at 33; *see also* Exhs. NYT Dkt. No. 164, Exh. C at 3-4, 12; NYT Dkt. 179 at 5.

14. HPL admits that every patent claim asserted in this litigation requires an operation that must be performed on or by a wireless handset. NYT Third Amended Complaint ¶ 12; G4 Amended Complaint ¶ 12; CBS Amended Complaint ¶ 12; Bravo Amended Complaint ¶ 12; J.C. Penney Second Amended Complaint ¶ 11.

15. To practice any asserted claim requires that content be created. *See* Exh. DD, col. 19:63-20:9 (independent claim 1) ("information for transmission to one or more devices"); *id.*, col. 21:49-68 (independent claim 41) ("storing a message"); *id.*, col. 23:13-26 (independent claim 71) ("information for transmission to one or more devices"); Exh. EE, col. 21:27-49 (independent claim 9) ("data from a content provider"); Exh. FF, reexam col. 2:1-14 (independent claim 15) ("a memory configured to store content"); *id.*, reexam col. 2:15-36 (independent claim 16) ("a memory configured to store content"); *id.*, reexam col. 3:3-19 (independent claim 22) ("a memory configured to store content"); *id.*, reexam col. 3:20-35 (independent claim 30) ("storing in a memory available content"); *id.*, reexam col. 3:36-57 (independent claim 31) ("storing in a memory available content"); *id.*, reexam col. 4:27-45 (independent claim 38) ("storing in a memory available content"); *id.*, reexam col. 4:46-66 (independent claim 43) ("storing in a memory available content"); *id.*, reexam col. 7:35-39 (independent claim 83) ("a memory configured to store content"); *id.*, reexam col. 8:15-32 (independent claim 97) ("storing in a memory available content"); Exh. GG, col. 19:46-20:19 (independent claim 1) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 1:27-61 (independent claim 2) ("content available for delivery" "stored" at an "internet-accessible storage system"); *id.*, reexam col. 1:62-2:30 (independent claim 6) ("content available for delivery" "stored" at an "internet-accessible storage system"); *id.*, reexam col. 2:31-3:2 (independent claim 9) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 3:3-43 (independent claim 11)

("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 3:44-4:16 (independent claim 18) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 4:17-58 (independent claim 19) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 4:59-5:27 (independent claim 21) ("content available for delivery" "stored" at an "internet-accessible storage system"); *id.*, reexam col. 5:28-65 (independent claim 22) ("content available for delivery" "stored" at an "internet-accessible storage system"); *id.*, reexam col. 6:3-44 (independent claim 24) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 6:25-7:12 (independent claim 25) ("content available for delivery" "stored" at an "internet-accessible storage system"); *id.*, reexam col. 7:39-8:10 (independent claim 35) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 8:40-9:17 (independent claim 47) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); *id.*, reexam col. 9:18-54 (independent claim 48) ("content available for delivery" "stored" at an "internet-accessible storage system"); *id.*, reexam col. 10:15-55 (independent claim 58) ("content available for delivery" "stored" at an "internet-accessible storage location[]"); Exh. HH, col. 35:39-60 (independent claim 1) ("storing in a memory content available to the wireless transceiver"); *id.*, col. 36:19-42 (independent claim 10) ("a memory configured to store content available to the wireless transceiver"); Exh. II, col. 19:49-67 (independent claim 1) ("the content is stored at a content storage and retrieval system"); *id.*, col. 20:43-62 (independent claim 13) ("a content storage and retrieval system" "configured to store content"); *id.*, col. 21:53-22:8 (independent claim 23) ("the content is stored at a content storage and retrieval system"); *id.*, col. 22:37-63 (independent claim 26) ("a notification system" that sends a notification with "an information identifier" to a "cell phone"); Exh. JJ,

col. 19:22-35 (independent claim 1) ("causing the content to be stored in an internet accessible storage unit"); *id.*, col. 20:8-24 (independent claim 15) (a "memory having digital content available to subscribers stored thereon").

16. To practice any asserted claim requires that a text message containing an information identifier be delivered to a handset. *See* Exh. DD, col. 19:63-20:9 (independent claim 1) ("transmitting to the one or more devices a selective call signal comprising an information identifier"); *id.*, col. 21:49-68 (independent claim 41) ("transmitting to the transmitting and receiving device" a "selective call signal" with "a message identifier"); *id.*, col. 23:13-26 (independent claim 71) ("transmits to the one or more devices a selective call signal comprising an information identifier"); Exh. EE, col. 21:27-49 (independent claim 9) ("transmit the message," "which message includes the information identifier," "to the wireless communication device"); Exh. FF, reexam col. 2:1-14 (independent claim 15) ("a paging data signal," which "includes" "a content identifier," "directed to a cell phone"); *id.*, reexam col. 2:15-36 (independent claim 16) ("a data signal," which "includes" "a content identifier," "directed to a cell phone"); *id.*, reexam col. 3:3-19 (independent claim 22) ("a data signal," which "includes" "a content identifier," "directed to a cell phone"); *id.*, reexam col. 3:20-35 (independent claim 30) ("causing a paging data signal," which "includes" "a content identifier," "to be directed to the cell phone"); *id.*, reexam col. 3:36-57 (independent claim 31) ("causing a data signal," which "includes" "a content identifier," "to be directed to the cell phone"); *id.*, reexam col. 4:27-45 (independent claim 38) ("causing a data signal," which "includes" "a content identifier," "to be directed to the cell phone"); *id.*, reexam col. 4:46-66 (independent claim 43) ("causing a data signal," which "includes" "a content identifier," "to be directed to the cell phone"); *id.*, reexam col. 7:35-39 (independent claim 83) ("causing a paging data signal," which "includes" "a content identifier," "to be directed to the cell

phone"); *id.*, reexam col. 8:15-32 (independent claim 97) ("causing a paging data signal," which "includes" "a content identifier," "to be directed to the cell phone"); Exh. GG, col. 19:46-20:19 (independent claim 1) ("causing a message intended for the cellular phone to be created, the message including: (i) an identifier of the content," which is "communicat[ed]" "via SMS messaging"); *id.*, reexam col. 1:27-61 (independent claim 2) ("causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content," which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 1:62-2:30 (independent claim 6) ("causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content," which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 2:31-3:2 (independent claim 9) ("causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content," which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 3:3-43 (independent claim 11) ("causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content," which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 3:44-4:16 (independent claim 18) ("causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content," which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 4:17-58 (independent claim 19) ("causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content," which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 4:59-5:27 (independent claim 21) ("causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content," which is

8

"communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 5:28-65

(independent claim 22) ("causing a message intended for the wireless communication device

to be created, the message including: (i) an identifier of the content," which is

"communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 6:3-44

(independent claim 24) ("causing a message intended for the cellular phone to be created, the

message including: (i) an identifier of the content," which is "communicat[ed]" "via SMS

messaging"); *id.*, reexam col. 6:25-7:12 (independent claim 25) ("causing a message intended

for the wireless communication device to be created, the message including: (i) an identifier

of the content," which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*,

reexam col. 7:39-8:10 (independent claim 35) ("causing a message intended for the wireless

communication device to be created, the message including: (i) an identifier of the content,"

which is "communicat[ed]" "over the mobile radiotelephone network"); *id.*, reexam col. 8:40-

9:17 (independent claim 47) ("causing a message intended for the cellular phone to be

created, the message including: (i) an identifier of the content," which is "communicat[ed]"

"via SMS messaging"); *id.*, reexam col. 9:18-54 (independent claim 48) ("causing a message

intended for the wireless communication device to be created, the message including: (i) an

identifier of the content," which is "communicat[ed]" "over the mobile radiotelephone

network"); *id.*, reexam col. 10:15-55 (independent claim 58) ("causing a message intended for

the wireless communication device to be created, the message including: (i) an identifier of

the content," which is "communicat[ed]" "over the mobile radiotelephone network"); Exh.

HH, col. 35:39-60 (independent claim 1) ("causing transmission of a notification," which

"include[s] a content identifier corresponding to the stored content," "to a subscriber by

paging call"); *id.*, col. 36:19-42 (independent claim 10) ("caus[ing] transmission of a

notification," which "include[s] a content identifier corresponding to the content stored in the

memory," "to a subscriber by paging call"); Exh. II, col. 19:49-67 (independent claim 1)

("send a notification to the cell phone, the notification comprising an information identifier");

*id.*, col. 20:43-62 (independent claim 13) ("send a notification to the cell phone, the

notification comprising an information identifier"); *id.*, col. 21:53-22:8 (independent claim

23) ("send a notification to the cell phone, the notification comprising an information

identifier"); *id.*, col. 22:37-63 (independent claim 26) ("a notification system" that sends a

notification with "an information identifier" to a "cell phone"); Exh. JJ, col. 19:22-35

(independent claim 1) ("initiating a page to a content subscriber, the page including a

notification that" "(ii) includes an address of a system to be contracted to trigger retrieval of

the content"); *id.*, col. 20:8-24 (independent claim 15) ("initiate a page to a cellular phone that

includes a notification to a content subscriber that includes:" "(ii) an address of a system to be

contacted to trigger retrieval of the digital content").

17. To practice any asserted claim requires that a handset render a link.  *See* Exh. DD, col. 19:63-

20:9 (independent claim 1) ("the request identifies the information and an action to be

performed on the information"); *id.*, col. 21:49-68 (independent claim 41) ("the request

identifies the message and an action to be performed on the message"); *id.*, col. 23:13-26

(independent claim 71) ("a request transmitted from any one of the one or more devices,

wherein the request is transmitted via a two-way communication session"); Exh. EE, col.

21:27-49 (independent claim 9) ("wireless communications device" sends, "as a reply to the"

"message" from "the content provider"); Exh. FF, reexam col. 2:1-14 (independent claim 15)

("a request from the cell phone" to "direct the content corresponding to the content

identifier"); *id.*, reexam col. 2:15-36 (independent claim 16) ("a request from the cell phone"

to "direct the content corresponding to the content identifier"); *id.*, reexam col. 3:3-19

(independent claim 22) ("a request from the cell phone" to "direct the content corresponding

to the content identifier"); *id.*, reexam col. 3:20-35 (independent claim 30) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 3:36-57 (independent claim 31) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 4:27-45 (independent claim 38) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 4:46-66 (independent claim 43) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 7:35-39 (independent claim 83) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 8:15-32 (independent claim 97) ("a request" from "the cell phone" to "transmit[] the available content corresponding to the content identifier"); Exh. GG, col. 19:46-20:19 (independent claim 1) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command from the cellular phone to receive the content"); *id.*, reexam col. 1:27-61 (independent claim 2) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 1:62-2:30 (independent claim 6) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 2:31-3:2 (independent claim 9) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 3:3-43 (independent claim 11) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 3:44-4:16 (independent claim 18) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 4:17-58 (independent claim 19) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 4:59-5:27 (independent claim 21) ("a request message" "including (i) data corresponding

11

to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam

col. 5:28-65 (independent claim 22) ("a request message" "including (i) data corresponding to

the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col.

6:3-44 (independent claim 24) ("a request message" "including (i) data corresponding to the

identifier of the content" "and (iii) a command from the cellular phone to receive the

content"); *id.*, reexam col. 6:25-7:12 (independent claim 25) ("a request message" "including

(i) data corresponding to the identifier of the content" "and (ii) a command to perform on the

content"); *id.*, reexam col. 7:39-8:10 (independent claim 35) ("a request message" "including

(i) data corresponding to the identifier of the content" "and (iii) a command to perform on the

content"); *id.*, reexam col. 8:40-9:17 (independent claim 47) ("a request message" "including

(i) data corresponding to the identifier of the content" "and (iii) a command from the cellular

phone to receive the content"); *id.*, reexam col. 9:18-54 (independent claim 48) ("a request

message" "including (i) data corresponding to the identifier of the content" "and (iii) a

command to perform on the content"); *id.*, reexam col. 10:15-55 (independent claim 58) ("a

request message" "including (i) data corresponding to the identifier of the content" "and (iii) a

command to perform on the content"); Exh. HH, col. 35:39-60 (independent claim 1)

(notification is "displayed by the subscriber's wireless transceiver"); *id.*, col. 36:19-42

(independent claim 10) (notification is "displayed by the subscriber's wireless transceiver");

Exh. II, col. 19:49-67 (independent claim 1) ("the cell phone's request" for "content,"

"corresponding to the notification"); *id.*, col. 20:43-62 (independent claim 13) ("the cell

phone's request" for "the content"); *id.*, col. 21:53-22:8 (independent claim 23) ("a request"

"from the cell phone" for "the content"); *id.*, col. 22:37-63 (independent claim 26) ("a

request" from "the cell phone"); Exh. JJ, col. 19:22-35 (independent claim 1) ("the content

identified by the notification" is "identified by the initiated page"); *id.*, col. 20:8-24

(independent claim 15) ("the digital content identified by the notification and stored on the" "memory" is "identified by the initiated page").

18. To practice any asserted claim requires that a user use the handset to click on the link. *See* Exh. DD, col. 19:63-20:9 (independent claim 1) ("the request identifies the information and an action to be performed on the information"); *id.*, col. 21:49-68 (independent claim 41) ("the request identifies the message and an action to be performed on the message"); *id.*, col. 23:13-26 (independent claim 71) ("a request transmitted from any one of the one or more devices, wherein the request is transmitted via a two-way communication session"); Exh. EE, col. 21:27-49 (independent claim 9) ("wireless communications device" sends, "as a reply to the" "message" from "the content provider"); Exh. FF, reexam col. 2:1-14 (independent claim 15) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 2:15-36 (independent claim 16) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 3:3-19 (independent claim 22) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 3:20-35 (independent claim 30) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 3:36-57 (independent claim 31) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 4:27-45 (independent claim 38) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 4:46-66 (independent claim 43) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 7:35-39 (independent claim 83) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 8:15-32 (independent claim 97) ("a request" from "the cell phone" to "transmit[] the available content corresponding to the content identifier"); Exh. GG, col. 19:46-20:19 (independent claim 1) ("a request message" "including (i) data corresponding to the identifier of the

content" "and (iii) a command from the cellular phone to receive the content"); *id.*, reexam col. 1:27-61 (independent claim 2) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 1:62-2:30 (independent claim 6) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 2:31-3:2 (independent claim 9) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 3:3-43 (independent claim 11) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 3:44-4:16 (independent claim 18) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 4:17-58 (independent claim 19) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 4:59-5:27 (independent claim 21) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 5:28-65 (independent claim 22) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 6:3-44 (independent claim 24) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command from the cellular phone to receive the content"); *id.*, reexam col. 6:25-7:12 (independent claim 25) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 7:39-8:10 (independent claim 35) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 8:40-9:17 (independent claim 47) ("a request message" "including

(i) data corresponding to the identifier of the content" "and (iii) a command from the cellular phone to receive the content"); *id.*, reexam col. 9:18-54 (independent claim 48) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 10:15-55 (independent claim 58) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); Exh. HH, col. 35:39-60 (independent claim 1) (the subscriber "request[s] the content by responding with at least a portion of the notification to cause the stored content to be downloaded"); *id.*, col. 36:19-42 (independent claim 10) (the subscriber "request[s] the content by responding with at least a portion of the notification to cause the stored content to be downloaded"); Exh. II, col. 19:49-67 (independent claim 1) ("the cell phone's request" for "content," "corresponding to the notification"); *id.*, col. 20:43-62 (independent claim 13) ("the cell phone's request" for "the content"); *id.*, col. 21:53-22:8 (independent claim 23) ("a request" "from the cell phone" for "the content"); *id.*, col. 22:37-63 (independent claim 26) ("a request" from "the cell phone"); Exh. JJ, col. 19:22-35 (independent claim 1) ("the content identified by the notification" is "identified by the initiated page"); *id.*, col. 20:8-24 (independent claim 15) ("the digital content identified by the notification and stored on the" "memory" is "identified by the initiated page").

19. To practice any asserted claim requires that a handset send a request for the content associated with the information identifier. *See* Exh. DD, col. 19:63-20:9 (independent claim 1) ("a request transmitted from any one of the one or more devices"); *id.*, col. 21:49-68 (independent claim 41) ("a request transmitted from the transmitting and receiving device"); *id.*, col. 23:13-26 (independent claim 71) ("a request transmitted from any one of the one or more devices, wherein the request is transmitted via a two-way communication session"); Exh. EE, col. 21:27-49 (independent claim 9) ("a request message"); Exh. FF, reexam col. 2:1-14

(independent claim 15) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 2:15-36 (independent claim 16) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 3:3-19 (independent claim 22) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 3:20-35 (independent claim 30) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 3:36-57 (independent claim 31) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 4:27-45 (independent claim 38) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 4:46-66 (independent claim 43) ("a request" from "the cell phone" for "the available content"); *id.*, reexam col. 7:35-39 (independent claim 83) ("a request from the cell phone" to "direct the content corresponding to the content identifier"); *id.*, reexam col. 8:15-32 (independent claim 97) ("a request" from "the cell phone" to "transmit[] the available content corresponding to the content identifier"); Exh. GG, col. 19:46-20:19 (independent claim 1) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command from the cellular phone to receive the content"); *id.*, reexam col. 1:27-61 (independent claim 2) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 1:62-2:30 (independent claim 6) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 2:31-3:2 (independent claim 9) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 3:3-43 (independent claim 11) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 3:44-4:16 (independent claim 18) ("a request message" "including

16

(i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 4:17-58 (independent claim 19) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 4:59-5:27 (independent claim 21) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 5:28-65 (independent claim 22) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 6:3-44 (independent claim 24) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command from the cellular phone to receive the content"); *id.*, reexam col. 6:25-7:12 (independent claim 25) ("a request message" "including (i) data corresponding to the identifier of the content" "and (ii) a command to perform on the content"); *id.*, reexam col. 7:39-8:10 (independent claim 35) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 8:40-9:17 (independent claim 47) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command from the cellular phone to receive the content"); *id.*, reexam col. 9:18-54 (independent claim 48) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); *id.*, reexam col. 10:15-55 (independent claim 58) ("a request message" "including (i) data corresponding to the identifier of the content" "and (iii) a command to perform on the content"); Exh. HH, col. 35:39-60 (independent claim 1) (the subscriber "request[s] the content by responding with at least a portion of the notification to cause the stored content to be downloaded"); *id.*, col. 36:19-42 (independent claim 10) (the subscriber "request[s] the content by responding with at least a portion of the notification to cause the stored content to be downloaded"); Exh. II, col.

19:49-67 (independent claim 1) ("the cell phone's request" for "content," "corresponding to the notification"); *id.*, col. 20:43-62 (independent claim 13) ("the cell phone's request" for "the content"); *id.*, col. 21:53-22:8 (independent claim 23) ("a request" "from the cell phone" for "the content"); *id.*, col. 22:37-63 (independent claim 26) ("a request" from "the cell phone"); Exh. JJ, col. 19:22-35 (independent claim 1) ("the content identified by the notification" is "identified by the initiated page"); *id.*, col. 20:8-24 (independent claim 15) ("the digital content identified by the notification and stored on the" "memory" is "identified by the initiated page").

20. To practice any asserted claim requires that content be delivered to the handset. *See* Exh. DD, col. 19:63-20:9 (independent claim 1) ("receiving a request transmitted from any one of the one or more devices"); *id.*, col. 21:49-68 (independent claim 41) ("receiving a request transmitted from the transmitting and receiving device" and "performing the action after receiving the request"); *id.*, col. 23:13-26 (independent claim 71) ("a receiver that receives a request," which "identifies the information and an action to be performed on the information"); Exh. EE, col. 21:27-49 (independent claim 9) ("the content provider receiving" the "request message"); Exh. FF, reexam col. 2:1-14 (independent claim 15) ("receiving a request" and "direct[ing] the content"); *id.*, reexam col. 2:15-36 (independent claim 16) ("receiving a request" and "direct[ing] the content"); *id.*, reexam col. 3:3-19 (independent claim 22) ("receiving a request" and "direct[ing] the content"); *id.*, reexam col. 3:20-35 (independent claim 30) ("transmitting the available content corresponding to the content identifier to the cell phone"); *id.*, reexam col. 3:36-57 (independent claim 31) ("transmitting the available content corresponding to the content identifier to the cell phone"); *id.*, reexam col. 4:27-45 (independent claim 38) ("transmitting the available content corresponding to the content identifier to the cell phone"); *id.*, reexam col. 4:46-66 (independent claim 43)

18

("transmitting the available content corresponding to the content identifier to the cell phone"); *id.*, reexam col. 7:35-39 (independent claim 83) ("receiving a request" and "direct[ing] the content"); *id.*, reexam col. 8:15-32 (independent claim 97) ("receiving a request" and "transmitting the available content"); Exh. GG, col. 19:46-20:19 (independent claim 1) ("causing the updated content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 1:27-61 (independent claim 2) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 1:62-2:30 (independent claim 6) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 2:31-3:2 (independent claim 9) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 3:3-43 (independent claim 11) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 3:44-4:16 (independent claim 18) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 4:17-58 (independent claim 19) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 4:59-5:27 (independent claim 21) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 5:28-65 (independent claim 22) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network,"

19

"subsequent to receiving the request message"); *id.*, reexam col. 6:3-44 (independent claim 24) ("causing the updated content to be delivered to the cellular phone via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 6:25-7:12 (independent claim 25) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 7:39-8:10 (independent claim 35) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 8:40-9:17 (independent claim 47) ("causing the updated content to be delivered to the cellular phone via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 9:18-54 (independent claim 48) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); *id.*, reexam col. 10:15-55 (independent claim 58) ("causing the content to be delivered to the wireless communication device via the mobile radiotelephone network," "subsequent to receiving the request message"); Exh. HH, col. 35:39-60 (independent claim 1) ("responsive to a transmission from the wireless transceiver, causing the content to be transmitted to the wireless transceiver following receipt from the wireless transceiver of a request"); *id.*, col. 36:19-42 (independent claim 10) ("cause the content to be transmitted to the wireless transceiver responsive to a request from the wireless transceiver"); Exh. II, col. 19:49-67 (independent claim 1) ("causing the changed content to be transmitted to the cell phone"); *id.*, col. 20:43-62 (independent claim 13) ("cause the updates to the content to be transmitted to the cell phone" "following receipt of the cell phone's request"); *id.*, col. 21:53-22:8 (independent claim 23) ("causing the content to be transmitted from the content storage and retrieval system to the cell phone following receipt from the cell phone of a request"); *id.*,

20

col. 22:37-63 (independent claim 26) ("receipt from the cell phone of a request"); Exh. JJ, col. 19:22-35 (independent claim 1) ("the content identified by the notification" is "identified by the initiated page"); *id.*, col. 20:8-24 (independent claim 15) ("the digital content identified by the notification and stored on the" "memory" is "identified by the initiated page").

### III.   FACTS RELEVANT TO HPL'S CONTENTIONS

**UNDISPUTED FACTS**

21. HPL has stated in its infringement allegations served on the New York Times that the following is an example of an SMS text message that would infringe Claim 9 of the '838 Patent if a handset user selected the http://bit.ly/b6nvFF portion of the message:

 Exh. KK, at 20.

22. HPL has sent notice letters to at least 121 companies that have subsequently agreed to take a content license.  NYT Dkt. No. 164, Exh. C at 5-6.

23. HPL admitted to the PTO that it granted several handset manufacturers—at least Apple, RIM, Microsoft, Motorola, Amazon, HP/Palm, and Dell—content licenses as well.  NYT Dkt. No. 164, Exh. C, at 3-4, 12.



## IV. FACTS RELEVANT TO EXHIBITS

## UNDISPUTED FACTS

26. Attached hereto are true and correct copies of the following licensing agreements:







27. Attached hereto as Exhibit CC is a true and correct copy of HPL's Request for Reconsideration After Non-Final Office Action Pursuant to 37 §§ C.F.R. 1.111 & 1.945 in Serial No. 95/001,864, dated December 29, 2011.

28. Attached hereto are true and correct copies of the patents-in-suit:

    a.   Attached hereto as Exhibit DD is a true and correct copy of U.S. Patent Number 7,155,241.

    b.   Attached hereto as Exhibit EE is a true and correct copy of U.S. Patent Number 7,280,838.

    c.   Attached hereto as Exhibit FF is a true and correct copy of U.S. Patent Number 7,499,716.

    d.   Attached hereto as Exhibit GG is a true and correct copy of U.S. Patent Number 7,835,757.

e.  Attached hereto as Exhibit HH is a true and correct copy of U.S. Patent Number 8,107,601.

f.  Attached hereto as Exhibit II is a true and correct copy of U.S. Patent Number 8,116,741.

g.  Attached hereto as Exhibit JJ is a true and correct copy of U.S. Patent Number 8,134,450.

29. Attached hereto as Exhibit KK is a true and correct copy of Plaintiff's Preliminary Infringement Contentions for Claim 9 of U.S. Patent Number 7,280,838, served on Defendant The New York Times Company.

30. Attached hereto as Exhibit LL is a chart that summarizes Undisputed Facts ¶¶ 16-20.

Dated:  March 12, 2013                          Respectfully submitted,

                                                 /s/ Brian M. Buroker
                                                Brian M. Buroker
                                                Matthew F. Chandler
                                                **GIBSON, DUNN & CRUTCHER LLP**
                                                1050 Connecticut Avenue, N.W.
                                                Washington, District of Columbia  20036
                                                Tel: (202) 955-8541

                                                Michael R. Weiner (Ill. Bar No. 06217025)
                                                Julianne Marie Hartzell (Ill. Bar No. 06270593)
                                                **MARSHALL, GERSTEIN & BORUN LLP**
                                                233 South Wacker Drive
                                                6300 Sears Tower
                                                Chicago, Illinois  60606-6357
                                                Tel: (312) 474-6300
                                                mweiner@marshallip.com
                                                jhartzell@marshallip.com

                                                Kenneth Richieri, Esq. (Of Counsel)
                                                The New York Times Company
                                                620 Eighth Avenue, 17th Floor
                                                New York, New York  10018
                                                Tel: (212) 556-1995
                                                richierk@nytimes.com

                                                *Counsel for Defendant and Counterclaim Plaintiff*
                                                *The New York Times Company*

/s/ R. David Donoghue
R. David Donoghue
Daniel L. Farris
Anthony J. Fuga
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
david.donoghue@hklaw.com
daniel.farris@hklaw.com
Anthony.fuga@hklaw.com

J. Mitchell Herbert, Jr. (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
mitchell.herbert@hklaw.com

*Counsel for Defendant J.C. Penney Corporation, Inc.*

/s/ Michael Markman
Michael M. Markman (N.D. Ill. ID No. 191388)
Robert Williams (N.D. Ill. ID No. 247428)
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091

David M. Airan
**LEYDIG, VOIT & MAYER, LTD.**
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601-6731
Tel: (312) 616-5600
Fax: (312) 616-5700

*Counsel for Defendants G4 Media, LLC; CBS Corporation; and Bravo Media, LLC*

## CERTIFICATE OF SERVICE

I, Brian M. Buroker, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 12th day of March, 2013, I caused to be served this DEFENDANTS' JOINT STATEMENT OF UNDISPUTED FACTS MATERIAL TO THEIR JOINT MOTION FOR SUMMARY JUDGMENT OF PATENT EXHAUSTION, via CM/ECF and electronic mail, upon the following counsel of record:

Steven G. Lisa
Donald J. Lisa
James David Busch
Jon E. Kappes
Justin Joseph Lesko
Timothy Sperling
Law Offices of Steven G. Lisa, Ltd.
55 W. Monroe St., Suite 3210
Chicago, IL 60603
stevelisa@patentit.com
donlisa@patentit.com
jamesbusch@patentit.com
jonkappes@patentit.com
justinlesko@patentit.com
timsperling@patentit.com

Victoria Curtin
Victoria Gruver Curtin, PLC
14555 North Scottsdale Road
Suite 160
Scottsdale, AZ 85254
victoria@vcurtin.com


Gerald Douglas Hosier
Law Offices of Gerald D. Hosier, Ltd.
P.O. Box 12354
Aspen, CO 81612
wizard@ozpd.com


/s/ Brian M. Buroker
Brian M. Buroker