**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, *Plaintiff,* v. THE NEW YORK TIMES COMPANY, a New York Corporation, *Defendant.* | No. 1:10-cv-04387 Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, *Plaintiff,* v. G4 MEDIA, LLC, a Delaware Limited Liability Company, *Defendant.* | No. 1:11-cv-07395 Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, *Plaintiff,* v. CBS CORPORATION, a Delaware Corporation, *Defendant.* | No. 1:11-cv-07607 Hon. John W. Darrah |

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, <br> *Plaintiff,* <br><br> v. <br><br> BRAVO MEDIA, LLC, a New York Limited Liability Company, <br> *Defendant.* | No. 1:11-cv-07647 <br><br> Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, <br> *Plaintiff,* <br><br> v. <br><br> J.C. PENNEY CORPORATION, INC., a Delaware Corporation, <br> *Defendant.* | No. 1:11-cv-09143 <br><br> Hon. John W. Darrah |

## AGREED MOTION TO FACILITATE CASE MANAGEMENT

Defendants J.C. Penney Corporation, Inc. ("J.C. Penney"), the New York Times Co. ("NYT"), G4 Media, LLC ("G4 Media"), Bravo Media, LLC ("Bravo Media"), and CBS Corporation ("CBS") (collectively, "Defendants"), and Plaintiff Helferich Patent Licensing LLC ("HPL") (collectively, "Parties") move to implement an agreed plan to streamline their respective cases, with a corresponding extension to various deadlines to achieve this purpose. Recognizing the Court's desire to move this case forward in an orderly manner, the Parties have worked together to avoid contested motion practice and agree upon a plan to reduce the number of claims and defenses in these complex cases for the benefit of the parties and the Court.

The Parties, therefore, respectfully request that the Court consider and approve the following proposed limits and agreed schedule.

1. HPL has agreed to limit the number of claims asserted against each Defendant to no more than 25 asserted claims, and limit the total number of asserted claims, across all Defendants, to no more than 40 asserted claims.[1] In exchange, Defendants have agreed to limit the number of asserted pieces of prior art to 25 per Defendant. Moreover, Defendants have agreed to limit the number of 35 U.S.C. §§ 102 and 103 (anticipation and obviousness) arguments to five §§ 102 and 103 arguments per claim per Defendant.[2]

2. In order to achieve the agreed-upon reduction, the Parties have agreed to, and respectfully submit for the Court's consideration, the following proposed schedule:

| **Event** | **Currently Set Date** | **Parties' Proposal** |
| --- | --- | --- |
| HPL reduces its asserted claims to 50 per Defendant | None. | May 17, 2013 |
| Defendants each identify their 25 prior art references and six §§ 102 and 103 invalidity arguments for each of the 50 claims. | None. | June 7, 2013 |
| HPL serves final, amended infringement contentions reducing its asserted claims to 25 per defendant group, and no more than 40 total | None. | June 14, 2013 |
| Defendants serve final, amended invalidity contentions and identify no more 25 prior art references per Defendant and no more than five §§ 102 and 103 invalidity arguments per claim per Defendant | None. | June 21, 2013 |
| Status date for ruling on the issue of exhaustion | July 8, 2013 | Unchanged. |

---

[1] As shown in the table below, this will be performed as a phased reduction in the number of asserted claims, with HPL initially limiting its asserted claims to 50 on May 17, 2013, and then to 25 asserted claims per Defendant group on June 14, 2013 (again asserting no more than 40 claims in total, across all Defendants).

[2] This will also occur as a phased reduction in the number of §§ 102 and 103 arguments per claim, with Defendants initially limiting their arguments to six §§ 102 and 103 arguments per claim on June 7, 2013, and then to five §§ 102 and 103 arguments per claim on June 21, 2013.

3

| | | |
|---|---|---|
| Defendants serve their final non-infringement contentions, HPL serves its final validity contentions. | May 8, 2013 | July 19, 2013 |
| Exchange Lists of Claim Terms for Construction | May 15, 2013 | July 26, 2013 |
| Last day to confer to select ten Claim Terms for Construction, absent good cause that more terms are appropriate | May 22, 2013 | August 14, 2013 |
| Pre-claim construction fact discovery to close | June 5, 2013 | August 19, 2013 |
| Last day to file Claim Construction Joint Appendix | June 12, 2013 | August 23, 2013 |
| Defendants to file their Opening Claim Construction Briefs | June 12, 2013 | August 23, 2013 |
| HPL to file its Responsive Claim Construction Briefs | July 10, 2013 | September 13, 2013 |
| Last day for Supplementation under Rule 26(e) | July 24, 2013 | September 27, 2013 |
| Defendants to file their Reply Claim Construction Briefs | July 24, 2013 | October 4, 2013 |
| Parties to file their Joint Claim Construction Chart | July 31, 2013 | October 11, 2013 |
| Claim Construction Hearing | August 26, 2013 at 9:00 a.m. | October 30, 2013 at 9:00 a.m., or as soon thereafter as is convenient for the Court. |

3.  Although the schedule outlined above results in a necessary extension of certain dates -- with the exception of the cross-motions for patent exhaustion and the ruling thereon, which dates remain unchanged -- the Parties believe this will reduce the number of claims and defenses at issue in this case, making it more manageable for the Court and the parties, and not result in an undue delay.

4. For the foregoing reasons, the Parties request that this Court adopt the schedule as described within this motion.

Dated: May 8, 2013

Respectfully submitted,

/s/ R. David Donoghue
R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

J. Mitchell Herbert, Jr. (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
mitchell.herbert@hklaw.com

*Attorneys for Defendant J.C. Penney Corporation, Inc.*

/s/ Michael Markman
Michael M. Markman (N.D. Ill. ID No. 191388)
Robert Williams (N.D. Ill. ID No. 247428)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
T: (415) 591-6000
F: (415) 591-6091

David M. Airan
Leydig, Voit & Mayer, Ltd.
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601-6731
T: (312) 616-5600
F: (312) 616-5700

*Attorneys for Defendants G4 Media, LLC, CBS Corporation, and Bravo Media, LLC*

/s/ Brian M. Buroker
Brian M. Buroker
Matthew Chandler (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue Northwest
Washington, District of Columbia 20036
202-955-8541

Michael R. Weiner (Ill. Bar. No. 06217025)
Julianne Marie Hartzell (Ill. Bar No. 06270593
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, Illinois 60606-6357
312-474-6300
mweiner@marshallip.com
jhartzell@marshallip.com

Kenneth Richieri, Esq. (Of Counsel)
The New York Times Company
620 Eighth Avenue, 17th Floor
New York, New York 10018
212-556-1995
richierk@nytimes.com

*Counsel for Defendant and Counterclaim Plaintiff
The New York Times Company*

/s/ Timothy Sperling
Timothy D. Sperling
Steven G. Lisa (Ill. State Bar # 6187348)
Timothy Sperling (Ill. State Bar # 6283854)
Jon E. Kappes (Ill. State Bar # 6291678)
James D. Busch (Ill. State Bar # 6299217)
Donald J. Lisa (Ill. State Bar # 1673998)
Justin J. Lesko (Ill. State Bar # 6306428)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160

6

Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Gerald D. Hosier (Ill. State Bar # 7059)
Law Offices Of Gerald D. Hosier, Ltd.
P.O. BOX 12354
ASPEN, CO 81612
Tel: (970) 920- 3475
Off: (970) 920-3475

*Counsel for Plaintiff Helferich Patent Licensing, LLC*

7

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 8, 2013, I electronically filed the preceding **AGREED MOTION TO FACILITATE CASE MANAGEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

/s/ Matthew F. Chandler
Matthew F. Chandler