# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>    *Plaintiff,*<br>v.<br>THE NEW YORK TIMES COMPANY, a New York Corporation,<br>    *Defendant.* | No. 1:10-cv-04387<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>    *Plaintiff,*<br>v.<br>G4 MEDIA, LLC, a Delaware Limited Liability Company,<br>    *Defendant.* | No. 1:11-cv-07395<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>    *Plaintiff,*<br>v.<br>CBS CORPORATION, a Delaware Corporation,<br>    *Defendant.* | No. 1:11-cv-07607<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>    *Plaintiff,*<br>v.<br>BRAVO MEDIA, LLC, a New York Limited Liability Company,<br>    *Defendant.* | No. 1:11-cv-07647<br><br>Hon. John W. Darrah |

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>　　　　　　　　*Plaintiff,*<br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation,<br>　　　　　　　　*Defendant.* | No. 1:11-cv-09143<br><br>Hon. John W. Darrah |

## ORDER GRANTING MOTION TO UNSEAL DOCUMENTS

Upon consideration of Defendants' Unopposed Motion to Unseal Documents, IT IS HEREBY ORDERED that the motion is GRANTED and the documents listed below shall be unsealed and place in the public record:

| Case Name/Number | Docket Numbers |
|---|---|
| Helferich Patent Licensing, LLC v. New York Times Co., No. 1:10-cv-04387 | 272, 273 |
| Helferich Patent Licensing, LLC v. G4 Media, LLC, No. 1:11-c-07395 | 99, 100 |
| Helferich Patent Licensing, LLC v. CBS Corporation, No. 1:11-cv-07607 | 96, 97 |
| Helferich Patent Licensing, LLC v. Bravo Media, LLC, No. 1:11-cv-07647 | 98, 99 |
| Helferich Patent Licensing, LLC v. J.C. Penney Corporation, Inc., No. 1:11-cv-09143 | 115, 116 |

Dated: 5-14, 2013　　　　By: *[signature]*
　　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　　Judge John W. Darrah

2