**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, <br>     *Plaintiff,* <br><br> v. <br><br> THE NEW YORK TIMES COMPANY, a New York Corporation, <br>     *Defendant.* | No. 1:10-cv-04387 <br><br> Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, <br>     *Plaintiff,* <br><br> v. <br><br> G4 MEDIA, LLC, a Delaware Limited Liability Company, <br>     *Defendant.* | No. 1:11-cv-07395 <br><br> Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, <br>     *Plaintiff,* <br><br> v. <br><br> CBS CORPORATION, a Delaware Corporation, <br>     *Defendant.* | No. 1:11-cv-07607 <br><br> Hon. John W. Darrah |

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, *Plaintiff,* <br><br> v. <br><br> BRAVO MEDIA, LLC, a New York Limited Liability Company, *Defendant.* | No. 1:11-cv-07647 <br><br> Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C. an Illinois Limited Liability Company, *Plaintiff,* <br><br> v. <br><br> J.C. PENNEY CORPORATION, INC., a Delaware Corporation, *Defendant.* | No. 1:11-cv-09143 <br><br> Hon. John W. Darrah |

## AGREED MOTION TO FACILITATE CASE MANAGEMENT

Defendants J.C. Penney Corporation, Inc. ("J.C. Penney"), the New York Times Co. ("NYT"), G4 Media, LLC ("G4 Media"), Bravo Media, LLC ("Bravo Media"), and CBS Corporation ("CBS") (collectively, "Defendants"), have requested that certain pre-claim construction deadlines be extended one week to enable them to reach agreement on their positions. Plaintiff Helferich Patent Licensing ("HPL") does not oppose Defendants' request, particularly if it results in a more efficient and streamlined claim construction process. Recognizing the Court's desire to move this case forward in an orderly manner, the Parties have worked together to provide more time for the parties to coordinate claim construction positions with the goal of reaching agreement or compromise as to terms where possible and reducing the number of claim terms at issue in these cases for the benefit of the parties and the Court. The proposed date for the claim construction hearing (October 30, 2012) does not change.

2

The Parties, therefore, respectfully request that the Court consider and approve the following proposed limits and agreed schedule.

| **Event** | **Currently Set Date** | **Parties' Proposal** |
|---|---|---|
| Exchange Lists of Claim Terms for Construction | July 26, 2013 | August 7, 2013 |
| Last day to confer to select ten Claim Terms for Construction, absent good cause that more terms are appropriate | August 14, 2013 | August 21, 2013 |
| Pre-claim construction fact discovery to close | August 19, 2013 | Unchanged |
| Last day to file Claim Construction Joint Appendix | August 23, 2013 | August 30, 2013 |
| Defendants to file their Opening Claim Construction Briefs | August 23, 2013 | August 30, 2013 |
| HPL to file its Responsive Claim Construction Briefs | September 13, 2013 | September 20, 2013 |
| Last day for Supplementation under Rule 26(e) | September 27, 2013 | October 4, 2013 |
| Defendants to file their Reply Claim Construction Briefs | October 4, 2013 | October 11, 2013 |
| Parties to file their Joint Claim Construction Chart | October 11, 2013 | October 18, 2013 |
| Claim Construction Hearing | October 30, 2013 at 9:00 a.m., or as soon thereafter as is convenient for the Court. | Unchanged |

1. The parties do not contemplate at this time that other dates will change. The parties anticipate that the proposed adjustment to the claim construction process will aid the Court and the parties, and not result in an undue delay.

2. For the foregoing reasons, the Parties request that this Court adopt the schedule as described within this motion.

Dated: July 26, 2013

Respectfully submitted,

/s/ Brian M. Buroker
Brian M. Buroker
Matthew Chandler (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue Northwest
Washington, District of Columbia 20036
202-955-8541

Michael R. Weiner (Ill. Bar. No. 06217025)
Julianne Marie Hartzell (Ill. Bar No. 06270593
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, Illinois 60606-6357
312-474-6300
mweiner@marshallip.com
jhartzell@marshallip.com

Kenneth Richieri, Esq. (Of Counsel)
The New York Times Company
620 Eighth Avenue, 17th Floor
New York, New York 10018
212-556-1995
richierk@nytimes.com

*Counsel for Defendant and Counterclaim Plaintiff
The New York Times Company*


/s/ R. David Donoghue
R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

J. Mitchell Herbert, Jr. (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
mitchell.herbert@hklaw.com

*Attorneys for Defendant J.C. Penney Corporation, Inc.*


/s/ Michael Markman
Michael M. Markman (N.D. Ill. ID No. 191388)
Robert Williams (N.D. Ill. ID No. 247428)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
T: (415) 591-6000
F: (415) 591-6091

David M. Airan
Leydig, Voit & Mayer, Ltd.
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601-6731
T: (312) 616-5600
F: (312) 616-5700

*Attorneys for Defendants G4 Media, LLC, CBS Corporation, and Bravo Media, LLC*


/s/ Timothy Sperling
Timothy D. Sperling
Steven G. Lisa (Ill. State Bar # 6187348)
Timothy Sperling (Ill. State Bar # 6283854)
Jon E. Kappes (Ill. State Bar # 6291678)
James D. Busch (Ill. State Bar # 6299217)
Donald J. Lisa (Ill. State Bar # 1673998)
Justin J. Lesko (Ill. State Bar # 6306428)
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3210
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)

5

Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Gerald D. Hosier (Ill. State Bar # 7059)
Law Offices Of Gerald D. Hosier, Ltd.
P.O. BOX 12354
ASPEN, CO 81612
Tel: (970) 920- 3475
Off: (970) 920-3475

*Counsel for Plaintiff Helferich Patent Licensing, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on July 26, 2013, I electronically filed the preceding **AGREED MOTION TO FACILITATE CASE MANAGEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

                                            /s/ Brian M. Buroker