# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| Helferich Patent Licensing, LLC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  10 C 4387 |
| New York Times Co. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   For the reasons stated in the Court's 8/14/13 memorandum opinion and order, defendants' motion for summary judgment on the issue of patent exhaustion is granted [228], and HPL's motion for summary judgment is denied [258]. Judgment is entered in favor of defendants, and HPL's claims of patent infringement are dismissed .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Darrah   on a motions for  summary judgment.

Date:    Aug 14, 2013

*Thomas G. Bruton, CLERK OF COURT*

Melanie A. Foster

*Signature of Clerk or Deputy Clerk*