UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Helferich Patent Licensing, LLC.

                         Plaintiff,

v.                                          Case No.: 1:10–cv–04387
                                              Honorable John W. Darrah

New York Times Co., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2015:

      MINUTE entry before the Honorable John W. Darrah: Motions to withdraw attorneys are granted [343, 347]. Motion to withdraw attorney is moot [346]. No appearance is needed on 8/12/15. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.