**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Helferich Patent Licensing, LLC.

                                 Plaintiff,

v.   Case No.: 1:10–cv–04387
    Honorable John W. Darrah

New York Times Co., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 2, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 10/2/15 and continued to 11/4/15 at 9:30 a.m. Out of town counsel may appear by telephone with advance notice to the Court's courtroom deputy. The parties will continue to discuss the possibility of settlement themselves. At the next status hearing, the parties should be prepared to report whether they think a settlement conference with the Court would be helpful or productive. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.