THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, <br><br> v. <br><br> THE NEW YORK TIMES COMPANY | ) ) ) ) ) ) ) | No. 1:10-cv-04387 |
| HELFERICH PATENT LICENSING, LLC, <br><br> v. <br><br> G4 MEDIA, LLC. | ) ) ) ) ) ) ) | No. 1:11-cv-07395 |
| HELFERICH PATENT LICENSING, LLC, <br><br> v. <br><br> BRAVO MEDIA, LLC | ) ) ) ) ) ) ) | No. 1:11-cv-07647 |
| HELFERICH PATENT LICENSING, LLC, <br><br> v. <br><br> J.C. PENNEY CORPORATION, INC. | ) ) ) ) ) ) ) | No. 1:11-cv-9143 |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Helferich Patent Licensing, LLC and J.C. Penney Corporation, Inc. hereby stipulate to the voluntary dismissal WITHOUT prejudice of all claims and counterclaims in this action between these two parties, with each party bearing its own costs and attorneys' fees.

Dated: October 23, 2015

/s/ Jon E. Kappes                                                            /s/ R. David Donoghue

Steven G. Lisa (Ill. State Bar # 6187348)          R. David Donoghue
Jon E. Kappes (Ill. State Bar # 6291678)            Anthony J. Fuga
Law Offices of Steven G. Lisa, Ltd.                      Holland & Knight LLP
55 East Monroe Street, Suite 3800                    131 S. Dearborn Street

| | |
|---|---|
| Chicago, Illinois 60603<br>Tel.: (312) 752-4357<br>Fax: (312) 896-5633 | 30th Floor<br>Chicago, IL 60603<br>Tel.: (312) 263-3600<br>Fax: (312) 578-6666 |
| Victoria Curtin (NDIL ID #010897)<br>Victoria Gruver Curtin, P.L.C.<br>14555 N. Scottsdale Rd., Ste. 160<br>Scottsdale, Arizona 85254<br>Tel.: (480) 998-3547<br>Fax: (480) 596-7956 | david.donoghue@hklaw.com<br>anthony.fuga@hklaw.com<br><br>*Attorneys for J.C. Penney Corporation, Inc.* |
| Gerald D. Hosier (Ill. State Bar #7059)<br>Law Offices of Gerald D. Hosier, Ltd.<br>PO Box 12354<br>Aspen, CO 81612<br>Tel.: (970) 920-3475 | |

*Attorneys for Helferich Patent
Licensing, LLC*


Pursuant to the foregoing stipulations of the parties,

**IT IS SO ORDERED.**

Dated: October ___, 2015                          _____
                                                                         The Honorable John W. Darrah
                                                                         United States District Court Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 23, 2015 I electronically filed the preceding **STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

*/s/ R. David Donoghue*